## Case No. 45.
### ADAMS v. BARNARD.

Circuit Court, S. D. New York. 1846.

[Nowhere reported; opinion not now accessible.]